THE PEOPLE *ex rel.* Robert Hewitt, County Collector, Appellee, *vs.* THE CHICAGO AND EASTERN ILLINOIS RAILROAD COMPANY, Appellant.

*Opinion filed December 16, 1914.*

This case is controlled by the decision in *People* v. *Chicago, Indiana and Southern Railroad Co.* 265 Ill. 528.

APPEAL from the County Court of Kankakee county; the Hon. A. W. DESELM, Judge, presiding.

W. R. HUNTER, (HOMER T. DICK, of counsel,) for appellant.

WAYNE H. DYER, State's Attorney, for appellee.

Per CURIAM : The two questions raised in this case are the same as those presented and decided in *People* v. *Chicago, Indiana and Southern Railroad Co.* 265 Ill. 528, and the briefs in the two cases are identical. For the reasons given in that case the judgment of the county court is affirmed in so far as it affects the State aid road tax and reversed as to the district road tax of the town of Norton, and the cause is remanded to the county court, with directions to sustain the objections to the district road tax of the town of Norton.

*Reversed in part and remanded, with directions.*